UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| ERIC GRIFFIN,<br><br>　　　　Plaintiff - Appellant,<br><br>and<br><br>WILLIAM FRANCISCO, Family of,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT; DEPARTMENT OF JUSTICE,<br><br>　　　　Defendants - Appellees. | 2:10-CV-01208-PMP-RJJ<br>Court of Appeal No. 10-17004<br><br>**<u>ORDER</u>** |

Court having read and considered Plaintiff/Appellant's Emergency Motion Requesting Appellant Counsel to be Assigned to Petitioner (Doc. #16), Plaintiff/Appellant's Emergency Motion Requesting Appellant Counsel to be Assigned to Petitioner (Doc. #17) and Plaintiff/Appellant's Emergency Motion (Doc. #18), and good case appearing,

**IT IS ORDERED that** Plaintiff/Appellant's Emergency Motion Requesting Appellant Counsel to be Assigned to Petitioner (Doc. #16), Plaintiff/Appellant's Emergency Motion Requesting Appellant Counsel to be Assigned to Petitioner (Doc. #17) and Plaintiff/Appellant's Emergency Motion (Doc. #18) are **DENIED**.

DATED: September 27, 2010.

_____
PHILIP M. PRO
United States District Judge